IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| CHARLES HAMPTON, | ) | |
|---|---|---|
| | ) | 4:10CV00013 |
| Plaintiff | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| J.W. SQUIRE COMPANY, INC. | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant | ) | |

Before me is Defendant J.W. Squire Company's Motion for Summary Judgment. Def.'s Mot. for Summ. J., Aug. 20, 2010, ECF No. 22. The Plaintiff, Charles Hampton, filed a response on September 17th, 2010 and a hearing was held on October 1st, 2010. Pl.'s Br. in Resp. to Def.'s Mot. for Summ. J., Sept. 17, 2010, ECF No. 30. For the reasons set forth in the accompanying Memorandum Opinion, I will **GRANT** J.W. Squire Company's Motion for Summary Judgment and accordingly, the case is **DISMISSED WITH PREJUDICE**.

Entered this 5th day of October, 2010.

                                                        s/Jackson L. Kiser
                                                        Senior United States District Judge